UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD YUSEPH BALZA CORONEL,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DETENTION CENTER,<br>Respondent, | No. 1:26-cv-04757-DAD-JDP<br><br><u>ORDER RELATING AND REASSIGNING CASES AND SETTING BRIEFING SCHEDULE ON MOTION FOR TEMPORARY RESTRAINING ORDER</u> |
| LEONARD YUSEPH BALZA CORONEL,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br>Respondents, | No. 1:26-cv-05778-JLT-HBK<br><br>**New Case No. 1:26-cv-05778-DAD-JDP** |

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that Case No. 1:26-cv-05778-JLT-HBK shall be reassigned to the undersigned and Magistrate Judge Jeremy D. Peterson. The caption on documents filed in the reassigned case shall be shown as: 1:26-cv-05778-DAD-JDP. It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

On August 21, 2026, petitioner filed a motion for temporary restraining order (Doc. No. 8) in the action now titled 1:26-cv-05778-DAD-JDP. On August 24, 2026, respondents filed a notice of changed circumstances in which they state that petitioner was removed on August 21, 2026. (Doc. No. 9 at 1.) Respondents are DIRECTED to file an opposition to the pending motion for temporary restraining order no later than August 26, 2026 at 5:00 p.m. In that opposition, respondents shall substantively address the effect, if any, of petitioner's removal on these proceedings. If respondents oppose this court ruling on the underlying petition, then respondents are DIRECTED to indicate so and provide substantive reasons in support thereof in their opposition.

IT IS SO ORDERED.

Dated: **August 24, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE